**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JABEZ JONES #766211 | CIVIL ACTION NO. 5:24-1004 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN CATAHOULA CORRECTIONAL CENTER | MAGISTRATE JUDGE PEREZ-MONTES |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 5), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (Record Document 1) is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 8th day of November, 2024.

S. Maurice Hicks, Jr.
United States District Judge